

ZIMMERMAN REED LLP
Christopher P. Ridout (SBN 143931)
2381 Rosecrans Ave., Suite 328
Manhattan Beach, CA 90245
Tel: (877) 500-8780
Fax: (877) 500-8781

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN ANGEL EISENBERG, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br>v.<br>OCWEN LOAN SERVICING, LLC, SOUTHWEST BUSINESS CORPORATION; and DOES 1 through 20, inclusive,<br>Defendant(s). | CASE NUMBER<br><br>2:18-CV-04157 - PSG<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

FILED
CLERK, U.S. DISTRICT COURT
SEP 1 4 2018
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

JS-6

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

IT IS SO ORDERED.
DATED: 9/14/18
UNITED STATES DISTRICT JUDGE

09/10/2018                         /s/ Christopher P. Ridout
Date                               Signature of Attorney/Party

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*